IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHEEMA INVESTMENTS, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>TAMKO BUILDING PRODUCTS, INC., a Missouri corporation;<br><br>                Defendant. | 4:14CV3067<br><br>**MEMORANDUM AND ORDER** |

On May 9, 2014, the court ordered the plaintiff to complete and file this court's Corporate Disclosure Statement form.[1] As explained in that order, to determine subject matter jurisdiction, the court must have information identifying the members of the plaintiff LLC, and the citizenship of those members. The form to be completed by Cheema Investments, LLC was attached to the order. See Filing No. 10.

The plaintiff now moves to file a corporate disclosure statement out of time. (Filing No. 15). The proposed corporate disclosure statement does not include the information required under the May 9, 2014 order, the Nebraska Civil Rules, and GMAC Commercial Credit LLC v. Dillard Dept. Stores, Inc., 357 F.3d 827 (8th Cir. 2004). Specifically, the plaintiff's proposed corporate disclosure statement is incomplete because it fails to "identify each member of the [LLC] and the member's state of citizenship." Corporate Disclosure Statement, p. 2.

Accordingly,

IT IS ORDERED:

1)     The plaintiff's Motion for Leave to File Corporate Disclosure Statement Out of Time, (Filing No. 15), is denied.

---

[1] In addition, on March 28, 2014, the clerk provided following text notice to the plaintiff:

> Non-governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice.

2)        The plaintiff shall file a corporate disclosure statement which provides all the information required under this court's rules and orders by no later than June 10, 2014. No further extensions will be granted.

June 6, 2014.                        BY THE COURT:

                                         *s/ Cheryl R. Zwart*
                                         United States Magistrate Judge