IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHEEMA INVESTMENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3067 |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| TAMKO BUILDING PRODUCTS, | ) | |
| INC., a Missouri corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Filing 23) filed prior to service of an answer or motion for summary judgment, this case is dismissed with prejudice.

DATED this 20th day of June, 2014.

BY THE COURT:
*Richard G. Kopf*
United States District Judge